IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Bryan Sanders,<br>  Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security, et al.<br>  Defendant. | Case No. 4:09-cv-2809-RMG<br><br>ORDER |

This matter comes before the Court on the joint motion of the parties for an indicative ruling to satisfy the requirements of Rule 12.1 of the Federal Rules of Appellate Procedure. (Dkt. No. 46). The parties have advised the Court that they desire to resolve a pending dispute over attorneys fees under the Equal Access to Justice Act with an award of $3,185.88 and have requested jointly an order by the Court directing the Social Security Administration to pay the proposed amount. In the event that this matter, which is presently pending before the Fourth Circuit United States Court of Appeals, is remanded to the District Court, this Court is prepared to issue an order granting the joint motion of the parties.

AND IT IS SO ORDERED.

                _____
                Richard M. Gergel
                United States District Judge

August 12, 2011
Charleston, South Carolina