IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Bryan Sanders,<br>    Plaintiff,<br><br>    v.<br><br>Commissioner of the Social Security Administration<br>    Defendant. | Case No. 4:09-cv-2809<br><br>ORDER |

This matter comes before the Court on the joint request of the parties for an order awarding to the Plaintiff attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. Entry 49). The parties have stipulated to an award of $3,185.88 under EAJA. As agreed by the parties, such an award will not bar Plaintiff from seeking attorney's fees under § 206(b) of the Social Security Act, subject to the offset provisions of EAJA. The parties have further agreed that this award shall, however, act as a complete release of the Commissioner for EAJA fees in this action.

In light of the agreement and stipulations set forth above, the Court hereby orders and directs the Commissioner to pay to Plaintiff $3,185.88 for attorney's fees under EAJA.

AND IT IS SO ORDERED.

Richard M. Gergel
United States District Judge

August 29, 2011
Charleston, SC